United States District Court
Southern District of Texas
**ENTERED**
June 12, 2026
Nathan Ochsner, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Sergio Victor Bello et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. H-26-2400 |
| | § | |
| Pam Bondi et al, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER

Pursuant to Plaintiffs' Notice of Voluntary Dismissal filed on June 10, 2026, the above referenced case is hereby dismissed without prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this __*ll*__ day of June, 2026.

_____
DAVID HITTNER
United States District Judge